**Order entered August 8, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00638-CV

### IN RE ZURICH AMERICAN INSURANCE COMPANY, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-08201**

## ORDER
Before Justices Francis, Brown, and Whitehill

Before the Court is relator's June 9, 2017 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus **by August 23, 2017**.

/s/    MOLLY FRANCIS
PRESIDING JUSTICE